PER CURIAM.
AFFIRMED. See Intermediary Fin. Corp. v. McKay, 111 So. 531, 531 (Fla. 1927) (“This court is committed to the doctrine that a purchaser pendente lite is not entitled to intervene.”); see also Peninsular Naval Stores Co. v. Cox, 49 So. 191, 194 (Fla.1909); SADCO, Inc. v. Countrywide Funding, Inc., 680 So.2d 1072 (Fla. 3d DCA 1996); Andresix Corp. v. Peoples Downtown Nat’l Bank, 419 So.2d 1107 (Fla. 3d DCA 1982).
TORPY, C.J., ORFINGER and EVANDER, JJ., concur.